United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOGTALE, LTD.,

          Plaintiff,

     v.

JAMES CANTON, et al.,

          Defendants.

Case No. 20-cv-01207-DMR

**ORDER**

Re: Dkt. No. 144

The court has reviewed the parties' joint discovery letter. [Docket No. 144.] Plaintiff's motion to extend the fact discovery and dispositive motion deadlines is granted as modified. All fact discovery shall be completed by August 15, 2022. The last day to hear dispositive motions is continued until September 8, 2022. All other deadlines, including the pretrial conference and trial dates, remain the same.

**IT IS SO ORDERED.**

Dated: June 2, 2022

_____

Donna M. Ryu
United States Magistrate Judge