Mark C. Goodman (Bar No. 154692)
  mark.goodman@bakermckenzie.com
Christina M. Wong (State Bar No. 288171)
  christina.wong@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111
Telephone:  415.576.3000
Facsimile:   415.576.3099

Barry J. Thompson (Bar No. 150349)
  barry.thompson@bakermckenzie.com
James J. Ward (Bar No. 263052)
  joe.ward@bakermckenzie.com
**BAKER & McKENZIE LLP**
10250 Constellation Blvd, Suite 1850
Los Angeles, CA 90067
Telephone:  310.201.4728
Facsimile:   310.201.4721

Attorneys for Plaintiff
LOGTALE, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOGTALE, LTD., a British Virgin Islands corporation,<br><br>Plaintiff,<br>v.<br><br>JAMES CANTON, a California resident, GAYLE CANTON, a California resident, and THE INSTITUTE FOR GLOBAL FUTURES, a Nevada corporation,<br><br>Defendants. | Case No.  4:20-cv-1207-DMR<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE EXPERT DISCOVERY DEADLINES**<br><br>[~~PROPOSED~~] **ORDER**<br><br>Dept.: Courtroom 4<br>Judge: Hon. Donna M. Ryu<br><br>Trial Date:  January 23, 2023 |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
Tel: 415 576 3000

1

CASE NO. 4:20-CV-1207-DMR
STIP TO CONTINUE EXPERT DISC. DEADLINES

Pursuant to Civil Local Rule 7-12, the parties hereby stipulate and respectfully request that the Court modify its January 13, 2022 Scheduling Order in this action (Dkt. Nos. 128 & 147) to continue the expert discovery deadlines.

Good cause exists to modify the order as requested because, on June 2, 2022, the Court issued an order continuing the fact discovery deadline by one month, from July 14, 2022 to August 15, 2022. (Dkt. 147.) Under the current schedule, the expert disclosure and report deadline is one month *before* the close of fact discovery, which does not allow the parties' experts to review the relevant evidence and prepare reports and will cause prejudice to the parties.

The proposed modification is reasonable and will not impact the trial schedule or any other dates, but it will allow the parties to conclude expert discovery after fact discovery and allow the parties' experts to review all of the evidence obtained through fact discovery.

For these reasons, the parties respectfully request an order modifying only the expert portion of the January 13, 2022 Scheduling Order as follows:

| Event | Current Deadline/Date | Proposed Deadline/Date |
|---|---|---|
| Experts shall be disclosed and reports provided. | July 14, 2022 | August 22, 2022 |
| Rebuttal experts shall be disclosed and reports provided | July 28, 2022 | September 5, 2022 |
| All discovery from experts shall be completed | August 18, 2022 | September 26, 2022 |

Date: June 24, 2022                    **BAKER & McKENZIE LLP**

By: */s/ Christina M. Wong*
    Christina M. Wong
Attorneys for Plaintiff
LOGTALE, LTD.

***I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document***

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000

2

CASE NO. 4:20-CV-1207-DMR
STIP TO CONTINUE EXPERT DISC. DEADLINES

| | |
|---|---|
| Date: June 24, 2022 | **RAGGHIANTI FREITAS LLP** |
| | By: */s/ Sarah N. Leger* |
| | Sarah N. Leger |
| | Attorneys for Defendant |
| | JAMES CANTON |
| Date: June 24, 2022 | **FOREMAN & BRASSO** |
| | By: */s/ Ronald D. Foreman* |
| | Ronald D. Foreman |
| | Attorneys for Defendant |
| | GAYLE CANTON |
| Date: June 24, 2022 | **JOHAL & MOHIUDDIN, LLP** |
| | By: */s/ Sharan Johal* |
| | Sharan Johal |
| | Attorneys for Defendant |
| | INSTITUTE FOR GLOBAL FUTURES |

\* \* \*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/27/2022

The Honorable Donna M. Ryu
United States District Judge

3    CASE NO. 4:20-CV-1207-DMR
STIP TO CONTINUE EXPERT DISC. DEADLINES

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 415 576 3000