| | |
|---|---|
| Mark C. Goodman (Bar No. 154692)<br>  mark.goodman@bakermckenzie.com<br>Christina M. Wong (Bar No. 288171)<br>  christina.wong@bakermckenzie.com<br>**BAKER & McKENZIE LLP**<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA  94111<br>Telephone:  (415) 576-3000<br>Facsimile:  (415) 576-3099<br><br>Attorneys for Plaintiff<br>LOGTALE, LTD. | Sarah N. Leger (Bar No. 226877)<br>  sleger@rflawllp.com<br>Jose M. Herrera (Bar No. 289590)<br>  jherrera@rflawllp.com<br>**RAGGHIANTI FREITAS LLP**<br>1101 Fifth Avenue, Suite 100<br>San Rafael, CA  94901<br>Telephone:  (415) 453-9433<br>Facsimile:  (415) 453-8269<br><br>Attorneys for Defendant<br>JAMES CANTON |
| Ronald D. Foreman (Bar No. 61148)<br>  rdf@foremanandbrasso.com<br>Ian A. Hansen (Bar No. 255449)<br>  iah@foremanandbrasso.com<br>**FOREMAN & BRASSO**<br>930 Montgomery Street, Suite 100<br>San Francisco, CA 94133<br>Telephone: (415) 433-3475<br>Facsimile: (415) 781-8030<br><br>Attorneys for Defendant<br>GAYLE CANTON | Sharan Johal (Bar No. 177183)<br>  sharan@jomolaw.com<br>**JOHAL & MOHIUDDIN, LLP**<br>750 Battery Street, Seventh Floor<br>San Francisco, CA 94111<br>Telephone: (415) 357-1800<br>Facsimile: (415) 357-1801<br><br>Attorneys for Defendant<br>INSTITUTE FOR GLOBAL FUTURES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOGTALE, LTD., a British Virgin Islands corporation,<br><br>            Plaintiff,<br>     v.<br><br>JAMES CANTON, a California resident, GAYLE CANTON, a California resident, and THE INSTITUTE FOR GLOBAL FUTURES, a Nevada corporation,<br><br>            Defendants. | **Case No. 4:20-CV-01207-DMR**<br><br>**JOINT DISCOVERY REPORT NO. 5**<br><br>Dept.:  Courtroom 4<br>Judge:  Hon. Donna M. Ryu<br><br>Action Filed:  February 18, 2020 |

On June 10, 2022, the parties agreed to postpone the previously scheduled party depositions to address outstanding disputes in an effort to proceed efficiently with depositions and, hopefully, avoid the need to depose any party twice. The parties reached a tentative agreement for Plaintiff to take the defendants' depositions between July 13 and July 19 in person in San Francisco and for Defendant Gayle Canton to take the deposition of Plaintiff's 30(b)(6) witness by Zoom between July 20 and July 29. On June 16, Plaintiff provided the defendants with a detailed summary of critical outstanding issues relating to the defendants' document production and discovery responses.

On June 21, Plaintiff and IGF had a productive meet and confer call regarding the items raised in Plaintiff's June 16 letter. IGF agreed to stipulate to the authenticity of certain IGF business records produced by third-party witness Richard Schiller. IGF also agreed to supplement its production with tax returns, profit and loss statements, balance sheets, and bank and credit card account statements for all accounts held by IGF. IGF further agreed to produce additional email communications relating to Gayle Canton's job responsibilities and to reproduce previously redacted documents without redaction. IGF disclosed that the communications that it has produced to date were searched for and selected by IGF (as opposed to counsel). Plaintiff requested that IGF perform a search and review of counsel for responsive documents, in accordance with the Court's guidance at the April 14 hearing and the Court's May 18 order. Counsel for IGF agreed to conduct an electronic search to determine if there are any more responsive documents that have to be produced.

On June 17, 2022, Plaintiff and Gayle Canton jointly filed a discovery letter to the Court outlining their discovery dispute, which is currently pending. ECF 149. Gayle Canton's counsel is unavailable July 1 through 5, 2022. Gayle Canton may also need to file a motion to quash the subpoena Plaintiff served on AT&T. On June 21, James Canton agreed to provide a revised privilege log to include all of the information required by the Court's standing order (which was the only issue raised by Plaintiff as outstanding with respect to Mr. Canton's discovery responses). On June 27, 2022, IGF supplemented its production with the agreed upon documents noted above.

Finally, Plaintiff took the deposition of third-party Richard Schiller, served additional third-party document subpoenas on Bank of America and AT&T, and served second sets of requests for documents on James Canton and Gayle Canton.

| | | |
|---|---|---|
| 1 | Date: June 30, 2022 | Respectfully submitted, |
| 2 | | **BAKER & McKENZIE LLP** |
| 3 | | |
| 4 | | By:   /s/ Christina M. Wong   <br>         Christina M. Wong |
| 5 | | Attorneys for Plaintiff<br>LOGTALE, LTD. |
| 6 | | |
| 7 | | *I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document* |
| 8 | | |
| 9 | | |
| 10 | Date: June 30, 2022 | Respectfully submitted, |
| 11 | | **RAGGHIANTI FREITAS LLP** |
| 12 | | By:   /s/ Jose M. Herrera   <br>         Jose M. Herrera |
| 13 | | |
| 14 | | Attorneys for Defendant<br>JAMES CANTON |
| 15 | Date: June 30, 2022 | Respectfully submitted, |
| 16 | | **FOREMAN & BRASSO** |
| 17 | | |
| 18 | | By:   /s/ Ian A. Hansen   <br>         Ian A. Hansen |
| 19 | | |
| 20 | | Attorneys for Defendant<br>GAYLE CANTON |
| 21 | Date: June 30, 2022 | Respectfully submitted, |
| 22 | | **JOHAL & MOHIUDDIN, LLP** |
| 23 | | |
| 24 | | By:   /s/ Sharan Johal   <br>         Sharan Johal |
| 25 | | Attorneys for Defendant<br>INSTITUTE FOR GLOBAL FUTURES |
| 26 | | |
| 27 | | |
| 28 | | |

**FILER'S ATTESTATION OF CONCURRENCE**

I, Christina M. Wong, pursuant to Local Rule 5-1(i), attest that I am counsel for Plaintiff Logtale, Ltd.. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Date: June 30, 2022                           **BAKER & McKENZIE LLP**

                                              By:    /s/ Christina M. Wong
                                                     Christina M. Wong