UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGTALE, LTD., <br>     Plaintiff, <br>   v. <br> JAMES CANTON, et al., <br>     Defendants. | Case No. 20-cv-01207-DMR <br><br> **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL** <br><br> Re: Dkt. No. 149 |

  The court has reviewed the parties' Joint Discovery Letter regarding Plaintiff Logtale Ltd.'s motion to compel Defendant Gayle Canton ("G. Canton") to (1) produce account statements for her credit card, bank, brokerage, and retirement accounts since September 25, 2015, and (2) communications with her ex-husband Defendant James Canton ("J. Canton") that are responsive to Logtale's requests for production. [Docket No. 149.]¹

  Plaintiff's motion to compel is granted. Just as the court stated with respect to the previous dispute over J. Canton's financial records (*see* Docket Nos. 137, 139), G. Canton's financial records are relevant to the claims in this case, and her privacy interests are adequately addressed by production in accordance with the protective order in place. Documents recently produced by J. Canton and G. Canton suggest the existence of continuing financial transactions between the two of them and between G. Canton and Defendant Institute for Global Futures ("IGF"), such as emails between the Cantons' divorce attorneys that they intended to "continue operating as an economic unit" and G. Canton would receive a salary from IGF, documents showing J. Canton paid for G. Canton's travel expenses, and financial statements from G. Canton with unexplained

---

[1] This matter is suitable for determination without a hearing. Civ. L.R. 7-1(b).

1 transfers totaling $32,000.  These documents show that the initial sampling that the court ordered
2 is not enough, and that full production is warranted.  G. Canton is therefore ordered to produce all
3 financial records—namely bank statements, credit card statements, and brokerage and retirement
4 account statements—from September 25, 2015 through the present, subject to the protective order.
5 All records must be produced in full and without any redactions in light of the previous concerns
6 over improper redactions in this case.  This production must be completed by **July 25, 2022**.

7       As to communications between G. Canton and J. Canton, the court finds that the requested
8 communications are relevant and proportional to the claims in this case.  However, G. Canton's
9 statement raises the question of the breadth of the search terms at issue.  The court orders the
10 parties immediately to meet and confer to engage in quality control to determine whether they can
11 identify more precise search parameters for responsive communications.  They are also ordered to
12 meet and confer on Logtale's request for communications other than G. Canton's emails.

13       Finally, G. Canton and her counsel shall provide detailed information regarding G.
14 Canton's search and production of responsive documents for this topic.  To that end, G. Canton
15 and her lead counsel Ronald D. Foreman must each file detailed, sworn declarations setting forth
16 all information regarding the search of electronic files for responsive documents on this topic.
17 Each declaration shall set forth in detail how exactly what search was performed, including search
18 terms, sources searched (for example, email accounts and social media accounts), parameters,
19 methods and means, when the search or searches were performed and from which sources
20 (including devices, systems, and custodians), who carried out the search(es), who supervised the
21 search(es) and exactly how they were supervised, who verified the results and performed quality
22 control and exactly how verification and quality control was done.  The declarations shall also
23 specify how the documents were collected, whether they were produced in native format, and if
24 not, how exactly they were processed and produced.  In addition, each declaration shall set forth
25 detailed information about when and what G. Canton and her counsel did to preserve relevant
26 documents. G. Canton and her counsel shall both file these declarations by no later than **July 25,**
27 **2022**.
28

**IT IS SO ORDERED.**

Dated: July 11, 2022



_____
Donna M. Ryu
United States Magistrate Judge

3