# FOREMAN & BRASSO

ATTORNEYS AT LAW

Ronald D. Foreman
Russell F. Brasso
(1937-2013)

850 Montgomery Street, Suite 300
San Francisco, California 94133
Tel: 415.433.3475
Fax: 415.781.8030
www.foremanandbrasso.com

Marin Office
21 Tamal Vista Boulevard, Suite 174
Corte Madera, CA 94925

July 21, 2022

**FILED VIA ECF**

Magistrate Judge Donna M. Ryu
U.S. District Court, Northern District of California
1301 Clay Street, Courtroom 4 – 3rd Floor
Oakland, CA 94612

Re:   *Logtale, Ltd. vs. James Canton, Gayle Canton, et. al.*
      Northern District of California, Case No. 4:20-cv-01207-DMR

Dear Judge Ryu:

**RELEVANT CASE MANAGEMENT DEADLINES**

- August 15, 2022      Complete all non-expert discovery
- August 22, 2022      Expert disclosures and reports due
- September 5, 2022    Rebuttal experts disclosed and reports provided
- September 26, 2022   Complete all expert discovery
- September 8, 2022    Last day to hear dispositive motions
- January 11, 2023     Pretrial Conference
- January 23, 2023     Trial

On July 11, 2022, the Court ordered Defendant Gayle Canton to produce all her bank statements, credit card statements, and brokerage and retirement account statements from September 25, 2015, through the present by July 25, 2022. ECF 156. On July 15, 2022, Defendant Gayle Canton filed a motion for relief under Rule 60(b) requesting, *inter alia*, that the Court stay its order until the motion is decided. ECF 159. The Court has not ruled on the request for a stay.

In the interim, Gayle Canton has been diligently attempting to gather the financial statements responsive to the Court's order. Unfortunately, obtaining the responsive financial documents has been more laborious and complex than the Court may have assumed it would be because, as outlined in her attached declaration, Gayle cannot easily access and download many of the financial statements online. She has thus requested paper copies be mailed to her, which is the custom and practice of many of these financial institutions. Defendant, therefore, requests an additional two weeks to comply with the Court's order (should the Court deny her still pending request for a stay).

Judge Donna Ryu
July 21, 2022
Page 2

      Defendant met and conferred with opposing counsel regarding this request. Opposing counsel opposes a stay or extension of the deadline to produce but is amenable to a "rolling production." Defendant would prefer to produce all the statements in a single complete production should the Court deny her request for a stay. Plaintiff has taken Gayle Canton's deposition off the calendar due to the COVID diagnosis of IGF's counsel, and her deposition has not been rescheduled. Plaintiff, therefore, will not be prejudiced by the resulting delay in production as it will occur before Gayle Canton's deposition.

                                                       Respectfully submitted,

Dated: July 21, 2022                             **FOREMAN & BRASSO**

                                                       /s/ Ian Hansen

                                                       Ian Hansen, Esq.
                                                       Attorneys for Defendant Gayle Canton

Enclosure
cc: Client (via e-mail)