Ronald D. Foreman, Esq. (SBN 61148)
Ian A. Hansen, Esq. (SBN 255449)
**FOREMAN & BRASSO**
850 Montgomery Street, Suite 300
San Francisco, CA 94133
Telephone:  (415) 433-3475
Facsimile:  (415) 781-8030
Email:  foremanandbrasso@foremanandbrasso.com

Attorneys for Defendant
Gayle Canton

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| LOGTALE, LTD., a British Virgin Islands corporation,<br><br>          Plaintiff,<br><br>     v.<br><br><br>JAMES CANTON, a California resident, GAYLE CANTON, a California resident, and THE INSTITUTE for GLOBAL FUTURES, a Nevada corporation,<br><br>          Defendants. | CASE NO.  4:20-cv-01207-DMR<br><br>**DECLARATION OF GAYLE CANTON RE: REQUEST FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S JULY 11, 2022, ORDER** |

I, GAYLE CANTON, DECLARE:

1.   I am a defendant in this case. If called as a witness, I would competently testify as follows.

2.   I have reviewed the Court's July 11, 2022, order ordering me to produce all bank statements, credit card statements, and brokerage and retirement account statements from

September 25, 2015, through the present. I have been diligently gathering financial statements to produce in response to that order and am requesting a two-week extension of time to comply.

3. On July 10, 2022, I traveled to Northridge, California, to care for my 86-year-old mother while my step-father was undergoing and recovering from surgery. I was in Northridge from July 10, 2022, to July 13, 2022, when I returned to the Bay Area in the late evening. Unfortunately, I could not search for financial statements while I was in Northridge as I had no time to do so.

4. I also am a practicing psychotherapist with numerous patients. Due to my travel to Northridge, I had to move many of my client sessions to July 14 and 15, 2022. Thus, I had limited time to search for financial statements on these dates because of my work commitments.

5. I began my search upon returning home and I spent approximately ten hours over the weekend of July 16 to 17 gathering the financial statements that I could find online. My time expended consisted of roughly two hours organizing the documents I had previously produced and then eight hours trying to download various documents. This process was excruciatingly slow, and I realized that I could not access many of the statements online and would need to order paper copies.

6. As of July 21, 2022, I have ordered all financial statements related to my Chase accounts (credit and bank statements). I was told that these statements should arrive by mail on or before July 28, 2022.

7. I have ordered all of my checking account statements for First Republic Bank. I was told I should have these statements by mail within fourteen days.

8. I have ordered all statements for my business account at Bank of America. I was told I should receive these statements within seven to ten business days. Unfortunately, I cannot

**DECLARATION GAYLE CANTON**                                                  **CASE NO. 4:20-cv-01207-DMR**

access the statements from the joint Bank of America accounts I once shared with James Canton because I am no longer a signatory on these accounts (thus, I cannot go back to 2015 on these accounts as required by the Court's order). I believe these accounts were closed in 2016 when I divorced James Canton, and we separated our finances according to the marital settlement agreement.

9. I have ordered all of my American Express statements and was told that these statements will be sent to me via email as a pdf in twenty-four to forty-eight hours.

10. I ordered all my City Bank credit card statements and was told that these statements would be mailed to me. However, it will take up to fourteen days for delivery by mail.

11. I have ordered all statements for my Ameriprise brokerage account and was told that I should receive these statements by mail within two to three business days.

12. I have ordered all statements for my closed Wells Fargo brokerage account and am waiting to hear back from the bank regarding when I can expect to receive them.

13. I have ordered all the statements for my Schwab brokerage account and was told it could take up to ten days to receive them by mail.

14. It took me over three hours to order the above statements, and I spent most of that time on hold, waiting to talk to an operator.

15. I have a previously scheduled pre-paid trip to San Diego, California. I will be gone from July 21, 2022, to July 25, 2022, and will not have computer access during my trip.

//

//

//

//

**DECLARATION GAYLE CANTON**  　　　　　　　　　　　　　　　　**CASE NO. 4:20-cv-01207-DMR**

16.     In light of the preceding, I request at least a two-week extension of time to receive and produce the additional statements I need to comply with the Court's order.

I declare under penalty of perjury of the law of the State of California that the preceding is true and correct. I executed this declaration on July 21, 2022, at Mill Valley, California.

                              /s/ Gayle Canton
                              Gayle Canton